Bradley L. Drell, Esq.
La. Bar Roll No. 24387
(Admitted to practice before the Eastern District of Texas)
**GOLD, WEEMS, BRUSER, SUES & RUNDELL**
P. O. Box 6118
Alexandria, LA   71307-6118
Telephone: (318) 445-6471
Facsimile:  (318) 445-6476
Email: bdrell@goldweems.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**IN RE:**

**CASE NO.: 10-60181**

**OCCUPATIONAL & MEDICAL
INNOVATIONS LIMITED**

**CHAPTER 15**

**DEBTOR**

### STATEMENT PURSUANT TO FEDERAL RULE
### OF BANKRUPTCY PROCEDURE 1007(a)(4) AND
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

The declaration of David Stimpson, under penalty of perjury under 28 U.S.C. § 1746, and

pursuant to F.R.B.P and F.R.B.P. 1007a(4) is as follows:

1.

For purposes of F.R.B.P. 7007.1, to the knowledge of the Administrator there are no entitiess

which own 10% or more of Occupational & Medical Innovations, Ltd. stock.  Moreover, this

company is a publicly traded company on the Australian stock exchange.

2.

The persons authorized to administer the foreign proceedings of the debtor are the undersigned, David Michael Stimpson, and Terrence John Rose, another member of Stimpson's firm.

3.

There is currently pending before the United States District Court for the Eastern District of Texas a lawsuit by Retractable Technologies, Inc., against Occupational & Medical Innovations, Ltd., bearing Case No. 6:08-cv-00120.

4.

It is the intent of the undersigned to instruct his counsel to seek interim relief under 11 U.S.C. § 1519 against Retractable Technologies, Inc.

Date: February 25, 2010

_____
David Stimpson, Administrator
Occupational Medical Innovations