Bradley L. Drell, Esq.
La. Bar Roll No. 24387
(Admitted to practice before the Eastern District of Texas)
**GOLD, WEEMS, BRUSER, SUES & RUNDELL**
P. O. Box 6118
Alexandria, LA   71307-6118
Telephone: (318) 445-6471
Facsimile:  (318) 445-6476
Email: bdrell@goldweems.com

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 10-60181 |
| OCCUPATIONAL & MEDICAL INNOVATIONS LIMITED | CHAPTER 15 |
| DEBTOR | |

### REPLY TO OBJECTION FILED BY RETRACTABLE TECHNOLOGIES, INC.

**NOW INTO COURT**, through the undersigned counsel and through its duly designated administrators, David Michael Stimpson and Terrence John Rose of SV Partners, Insolvency Accountants and Business Solutions of Brisbane, Australia, comes Occupational & Medical Innovations, Ltd. ("OMI"), who respectfully move the court for an emergency hearing on their previously filed motion for provisional relief pursuant to 11 U.S.C. § 1519, and respectfully represents as follows:

1.

Retractable Technologies, Inc.'s ("RTI") Objection is untrue in its claims of gamesmanship.

2.

The undersigned counsel made and offer to counsel for RTI for the entry of a preliminary injunction in the substance of the permanent injunction RTI seeks in the pending patent litigation.

3.

The administrators simply seek the maintenance of the *status quo* pending "Proposal for a Deed of Company Arrangement from AssistMed (Australia) Pty., Ltd.

**WHEREFORE**, Occupational & Medical Innovations, Ltd., and its duly appointed administrators pray that this Honorable Court enter an order pursuant to 11 U.S.C. § 1519, extending the automatic stay pursuant to 11 U.S.C. § 362 of the Bankruptcy Code to the foreign debtors Chapter 15 case, and specifically staying any further proceedings in Retractable Technologies, Inc. v. Occupational & Medical Innovations, Ltd., Civil Action No. 6: 08-cv-00120, pending in the United States District Court for the Eastern District of Texas, Tyler Division, pending this court's hearing on March 18, 2010, at 2:00 o'clock p.m. to determine whether or not this court will recognize the insolvency proceedings of Occupational & Medical Innovations, Ltd., and for such other and further relief as is justified in the premises.

Alexandria, Louisiana, this 2nd day of March, 2010.

                Respectfully submitted:

                **GOLD, WEEMS, BRUSER, SUES & RUNDELL**

                By:    /s/Bradley L. Drell
                          Bradley L. Drell (Bar Roll #24387)
                          Amanda W. Barnett (Bar Roll #19225)
                          P. O. Box 6118
                          Alexandria, LA   71307-6118
                          T: (318) 445-6471
                          F: (318) 445-6476
                          bdrell@goldweems.com
**ATTORNEYS FOR OCCUPATIONAL & MEDICAL INNOVATIONS, LTD.**

Bradley L. Drell, Esq.
La. Bar Roll No. 24387
(Admitted to practice before the Eastern District of Texas)
**GOLD, WEEMS, BRUSER, SUES & RUNDELL**
P. O. Box 6118
Alexandria, LA   71307-6118
Telephone: (318) 445-6471
Facsimile:  (318) 445-6476
Email: bdrell@goldweems.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IN RE:                                                          CASE NO.: 10-60181

**OCCUPATIONAL & MEDICAL**
**INNOVATIONS LIMITED**                         CHAPTER 15

      DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **REPLY TO OBJECTION FILED BY RETRACTABLE TECHNOLOGIES, INC.** has been Patrick Kelley (via email: patkelly@icklaw.com) on this 2nd day of March, 2010.

                                        /s/Bradley L. Drell
                                          OF COUNSEL