Bradley L. Drell, Esq.
La. Bar Roll No. 24387
(Admitted to practice before the Eastern District of Texas)
**GOLD, WEEMS, BRUSER, SUES & RUNDELL**
P. O. Box 6118
Alexandria, LA  71307-6118
Telephone: (318) 445-6471
Facsimile:  (318) 445-6476
Email: bdrell@goldweems.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**IN RE:**                                                **CASE NO.: 10-60181**

**OCCUPATIONAL & MEDICAL**
**INNOVATIONS LIMITED**                        **CHAPTER 15**

     **DEBTOR**

### DECLARATION OF DAVID STIMPSON

The declaration of David Stimpson, under penalty of perjury under 28 U.S.C. § 1746 is as follows:

1.

I and my firm prepared the attached Information Memorandum (Exhibit A) in order to solicit potential purchasers for the assets of Occupational & Medical Innovations, Ltd. and its subsidiaries.

2.

That the undersigned received a proposal for arrangement from AssistMed, Pty, Ltd. (Exhibit B). This the best proposal received in response to the Information Memorandum.

3.

We also received a proposal from Retractable Technologies, Inc. (Exhibit C) which was rejected as it paid a lower dividend to creditors than the AssistMed proposal.

4.

The undersigned rejected Retractable Technologies, Inc.'s proposal as the proposal from AssistMed would pay a greater dividend to creditors.

5.

AssistMed's proposal includes assumption of the trademark litigation with Retractable Technologies, Inc. once AssistMed owns 51% of Occupational & Medical Innovations, Ltd.

6.

It is necessary in order to keep the AssistMed proposal on the table that we receive a stay of any further proceedings in the patent litigation with Retractable Technologies, Inc., including a stay of any running of the appeal delays, most of the litigation can be part of the arrangement.

7.

I am fearful that, if the patent litigation is resolved adversely and no appeal is taken, that the AssistMed proposal may be taken off the table.

8.

That the administration does not have sufficient funds to prosecute an appeal of the patent litigation at this time.

Date: March 4, 2010    /s/ David Stimpson
David Stimpson, Administrator
Occupational Medical Innovations, Ltd.