# INFORMATION MEMORANDUM





*OCCUPATIONAL & MEDICAL INNOVATIONS LTD*
*(ADMINISTRATORS APPOINTED)*
*ACN 091 192 871*

*OMI MANUFACTURING PTY LTD (IN LIQUIDATION)*
*ACN 101 137 464*

*OMI RESEARCH PTY LTD (IN LIQUIDATION)*
*ACN 092 084 805*
## ("OMI consolidated group")



*Information Memorandum*
*provided subject to*
*the terms of the signed*
*confidentiality agreement*

**Table of Contents**

|  | Page |
|---|---|
| 1. Confidentiality Statement | 3 |
| 2. Disclaimer | 3 |
| 3. Introduction | 4 |
| 4. Assets of the OMI Consolidated Group | 4 |
|     4.1 Patents | 4 |
|     4.2 Trade Marks | 6 |
|     4.3 Other Registrations | 6 |
|     4.4 Manufacturing and Distribution Agreements | 7 |
|     4.5 Plant and Equipment | 7 |
|     4.6 Other Assets | 7 |
| 5. Financials | 7 |
| 6. Expressions of Interest | 9 |
| ***Attachments & Annexures*** | |
| Expressions of Interest Form | 10 |
| **Annexure A** – Listing of Patents & applications | 11 |
| **Annexure B** – Listing of plant and equipment | 14 |
| **Annexure C** – Financial Statements period ending 30 June 2006, 2007, 2008 and 2009 | 35 |



## 1. Confidentiality Statement

The information and data embodied in this document are confidential and are supplied on the understanding that they will be held confidential and will not be disclosed to third parties without the written consent of:

- The Administrators of Occupational & Medical Innovations Ltd (Administrators Appointed) ACN 091 192 871 ("OMI Ltd / the company"), the holding company;

- The Liquidators of OMI Manufacturing Pty Ltd (In Liquidation) ACN 101 137 464 ("OMI Manufacturing"), a wholly owned subsidiary; and

- The Liquidators of OMI Research Pty Ltd (In Liquidation) ACN 092 084 805 ("OMI Research"), a wholly owned subsidiary.

All parties who have received this information memorandum have executed a confidentiality agreement which precludes the following market sensitive information being released to persons not approved by the Administrators and Liquidators.

## 2. Disclaimer

The contents of this information memorandum is believed to be accurate however, because information either verbal or written given in respect of the business ("information") has been supplied by third parties and the contents of this information memorandum is in reliance of this information, please note:

- No assurance is given by the Administrators and Liquidators that the information in this document is accurate, complete or balanced.

- You should satisfy yourself as to the accuracy and completeness of the information in this document through inspections, surveys, enquiries and searches by your own independent consultants.

- If you make an offer or sign a contract for the business, you will be taken to be not relying on any information in this document (unless otherwise agreed in a written contract with the vendor).

- Information in this document will not form part of a contract.

- This disclaimer does not exclude any statutory rights you may have, which cannot be excluded.

The information has been complied from books and records of OMI Ltd, OMI Manufacturing and OMI Research. This information has been gathered from public sources such as the Australian Securities and Investments Commissions ("ASIC") and Australian Stock Exchange ("ASX"), statements from the directors of the abovementioned companies, private company information and information obtained from professionals who represented the companies prior to our appointment.



## 3. Introduction

We, Terry Rose and David Stimpson were appointed Joint and Several Administrators of Occupational & Medical Innovations Ltd on 31 December 2009 and Joint and Several Liquidators of OMI Manufacturing Pty Ltd and OMI Research Pty Ltd on 6 January 2010.

Our appointment over the holding company was preceded by the loss of a legal action commenced by a competitor, Retractable Technologies Inc ("RTI"). This saw the jury hand down a verdict for damages payable by the company in the vicinity of US$4 million dollars for patent infringement in the US. The judgment (due to be handed down on 3 March 2010) will rule on a final damages amount and whether RTI can obtain injunctive relief against the company in the US. If successful, OMI will be prevented from selling the auto retractable safety syringe in the US market.

The directors believe the company has a chance of appeal as it is alleged the jury did not return the verdict as a matter of law, but based on the controlled facts presented by RTI's legal team. The key points that were raised by OMI but where disallowed in the US case were in summary:

1. That RTI previously challenged OMI Ltd on patent infringement and misuse of trade secrets in Australia. In that case, the Court ruled in favour of OMI; and

2. That RTI's and OMI's retractable safety syringes were extremely different in look and application.

Since our appointment, investigations have been undertaken into the requirements of the company to lodge relevant motions and respond to RTI's motion for injunctive relief. The judgment on damages and any other motions submitted by the parties is scheduled to be handed down on or before 3 March 2010. Until judgment is handed down, the damages verdict is a contingent unsecured debt of OMI Ltd.

The assets of the OMI consolidated group are available for sale. We have ensured that relevant manufacturers, distributors and competitors of the company both domestically and abroad have the opportunity to submit an expression of interest prior to 19 February 2010.

## 4. Assets of the OMI Consolidated Group

### 4.1 Patent Registrations

The core products of the OMI group are:

  

*Auto Retractable Safety Syringe*          *OMI Valve*          *OMI Safety Scalpel*



### Developed products

<u>Auto-Retractable Safety Syringe</u> ("ARSS") that is patented in Australia, Brazil, Canada, China, Greece, India, Italy, Japan, Korea, South Africa, United States of America and several countries in Europe. An International patent application was commenced by the company prior to our appointment.

This product increases safety through automatically retracting into the syringe plunger while the needle is being removed by the muscle tissue. Available in sizes 0.5ml, 1ml, 3ml, 5ml and 10ml. Improvements to this product has also been patented in the abovementioned countries with the addition of New Zealand.

The core market for the ARSS is the US market due as legislative requirement place a quota of 25% use of safety syringes by medical operators. The directors expect a number of other counties to follow suit.

<u>OMI Safety scalpel</u> is patented in Australia, Brazil, Canada, China, India, New Zealand, South Africa, United States of America and several other countries in Europe. It is designed to reduce the risk of contaminated blade cut injuries suffered by healthcare workers (surgeons) through a protective guard that covers the blade ensuring safe loading, passing, changing and disposing of the blade. It's available as a fully disposable unit or a reusable surgical steel handle with disposable scalpel cartridges with blade configurations available in a range of #3 and #4 fitment sizes.

There are agreements in place for the manufacture and distribution of the scalpels however, we have been advised by the directors that this product has not enjoyed the same success as the ARSS. Additionally, as there are no requirements for safety scalpels to be used by medical professionals, we are unable to gauge the potential success of this product.

### Developing Technology

<u>Safe IV Value</u> is patented in Australia, India, Japan, New Zealand and United States of America with applications for patents for Brazil, Canada, South Africa and several other European countries. It offers positive fluid displacement, leaving minimal fluid inside the valve and an easily swabbed access port. The valve features high flow rates and minimal dead space. Importantly, the valve is compatible with Luer slip and Luer lock devices.

<u>Safe IV Catheter</u> is patented in Australia, Canada, China, United States of America and several other European countries. The auto-retractable technology in ARSS has been applied to the safety IV catheter and will enhance the safety of healthcare workers when introducing intravenous catheters into patients. Through the automatic reaction of the cannula safety into the chamber, the incidence of contraction of blood borne pathogens through contaminated sharps injuries could be significantly reduced.

### Patented designs yet to be developed

<u>Retractable needle for catheter</u> is patented in Australia, China and several other European countries with applications for patent made in United States of America and Canada.

<u>Apparatus transport cylinder</u> is patented in Australia.

<u>A needle free access valve</u> is patented in Australia, China and United States of America.

<u>Medical syringe container</u> is patented in United States of America with applications being made in Australia and Brazil.

<u>Syringe removable needle</u> is patented in Australia and Pakistan with application made in China.



Shoot back needle has an International patent application.

One way valve that uses fluid pressure to open/close valve has a patent application made for China.

A listing of the patents and the remaining useful life of each is **attached marked Annexure A.**

## 4.2 Trademarks

The "OMI" and "OMI Sharp safe" logos registered with IP Australia on trademark: 898812 with class 10 for surgical and medical apparatus and instruments which are as follows:

 

This trade mark is due for renewal on 21 December 2011.

## 4.3 Other Registrations

The following registrations with the Therapeutic Goods Administration ("TGA") in 2004 for medical devices have been obtained:

- ARTG # 130691ARSS: which confirms that the product meets the relevant standard conferred by the TGA Act 1989 and that the product is able to be imported into Australia from the Chinese manufacturer.

- ARTG# 99159 & 99073 Scalpel: which confirms that the product meets the relevant standard conferred by the TGA Act 1989 and that the product is able to be imported into Australia from the Chinese manufacturer.

- ARTG# 13083 unclassified product: which confirms that the product meets the relevant standard conferred by the TGA Act 1989 and that the product is able to be imported into Australia from the Chinese manufacturer.

These registrations ensure Australian compliance and enable the products to be distributed in Australia.

## 4.4 Manufacturing and Distribution Agreements

The contracts for distribution and manufacturing are summarised as follows:

| *Agreement* | *OMI Product* | *Company* | *Country* |
|---|---|---|---|
| Distribution | Safety Syringe 0.5ml, 1ml, 3ml, 5ml & 10ml | Cardinal Health | North America |
| Distribution | Safety Syringe 0.5ml, 1ml, 3ml, 5ml & 10ml | Endomed Medical & Surgical Supplies | South Africa & Namibia |
| Distribution | Safety Syringe 0.5ml, 1ml, 3ml, 5ml & 10ml | Domrex Pharma Inc | Canada |
| Distribution | Safety Syringe 1ml, 3ml, 5ml & 10ml | City Pharmacy Co | United Arab Emirates |



| Agreement | OMI Product | Company | Country |
|-----------|-------------|---------|---------|
| Manufacturing | Safety Syringe 0.5ml, 1ml, 3ml, 5ml & 10ml | Zhejiange Vitalcare Medical Devices Co Ltd | All |
| Distribution | Scalpel all types | Personna Medical | Australia, NZ, Europe |
| Manufacturing | Scalpel all types | Suzhou SPR Medical Devices Development Co Ltd | North America |
| Supplier | Scalpel blades | Swann-Morton Ltd | All |
| Commercialisation Agreement | of the Scalpels | Southmedic Incorporated | North Amercia |

These agreements indicated that they were assignable and that in order to terminate, six months written notice was required to be issued by either party. To date, no written notifications to terminate the agreements have been received.

The directors have advised that the Chinese manufacturer for the ARSS invested several million dollars in the moulds and tooling to produce the product to OMI specification. Accordingly, the company does not appear to hold a right to these assets. However, this does not appear to be the case with the Chinese manufacturer for the OMI Scalpel.

## 4.5    Plant & Equipment

The plant and equipment located in Australia consists mainly of office equipment, a leased office and factory situated at Slacks Creek (currently on a month to month tenancy). These fixed assets have been valued and any encumbered assets have been disclaimed by the Administrators and Liquidators. A listing of the plant and equipment available for sale is **attached marked Annexure B.**

## 4.6    Other Assets

Other available assets comprise, the listed company shell, assistance with securing the fully signed and fitted out business premises located at Slacks Creek, Queensland and a minimal amount of unbranded stock held in Australia.

It should be noted that all key staff have been terminated, however, they are still contactable should an interested party wish to re-employ former staff associated with the group of companies.

## 5.    Financials

Annexed to this information memorandum **marked Annexure C** are the financial statements for the OMI consolidated group for the financial periods ending 30 June 2006, 2007, 2008 and 2009. Financial statements for the group are available electronically through ASX or ASIC for prior financial periods.

The directors have advised that in the last two financial years, the sale of the developed products have entered the growth stage, primarily due to the manufacturing and distribution agreements entered into from 2004 onwards and the increasing requirements in the medical profession for safety equipment.

In order to adequately assess expected future earnings of the products, we have provided an adjusted consolidated profit and loss statement for the last two financial periods which identifies net operating profit.



| OMI Consolidated Group | Year ended 30/6/2009 | Year ended 30/6/2008 |
|---|---|---|
| Sale of Product | 2,014,755 | 1,512,782 |
| Other income | 749,036 | 126,531 |
| *Total income* | *2,763,791* | *1,639,313* |
| Less: COGS | (1,029,504) | (658,386) |
| *Net profit* | *1,734,287* | *980,927* |
| Less: Expenses | (6,401,499) | (3,370,451) |
| Finance Costs | (87,588) | (59,201) |
| *Gross Profit / (Loss) before Tax* | *(4,754,800)* | *(2,448,725)* |
| Income tax benefit | 255,517 | 257,130 |
| *Gross Profit / (Loss) after Tax* | *(4,499,283)* | *(2,191,595)* |
| Add: Accounting fees | 64,022 | 58,222 |
| Bank charges / Finance Costs | 87,588 | 59,201 |
| Computer & capital acquisitions | 21,105 | 30,170 |
| Consultants Fees | 642,220 | 849,116 |
| Depreciation | 77,748 | 108,803 |
| Director fees | 1,218,945 | 1,200,669 |
| Legal fees | 3,433,881 | 109,299 |
| Legal settlements | - | - |
| Listing fees | 107,110 | 83,172 |
| Other expenses | 179,071 | 290,849 |
| Patent fees | 244,327 | 119,752 |
| Printing & Stationery | 7,897 | 38,103 |
| Property costs | 82,776 | 82,370 |
| Travel & Accommodation | 188,460 | 243,376 |
| *Net operating Profit / (Loss)* | *1,855,867* | *1,081,507* |

The financials indicate that the company has not made a profit in the relevant financial periods specified above. The loss experienced from trading activities has been supported over time from debt and equity financing, related party financing and research and development grants.

The costs of development of the technology, maintaining the patents and testing the products have been expended by the company with the core products developed and available for market sale. Speculating on this developed technology would be capitalising on the investment already made by the consolidated group to date.

The financials reflect the patents at a cost value at $19,685,603, which has been offset by accumulated amortisation and impairment of $15,885,603. Accordingly, the net book value of the patents as at 30 June 2009 is recorded as $3,800,000.

We acknowledge that the patents associated with the company maybe devalued due to the negative outcome of the RTI legal action, however, this only affects the ability to sell one OMI developed product in one market (the US market) and there are several other markets available to this core product. Additionally, the other developed and developing products are also available to market to both overseas and domestic markets.



In this respect we acknowledge some limitations in converting the patented technology to marketable products, however, the patents have been valued as intangible assets, separate and independent from the company and in this regard, it is not required for OMI Ltd to be considered as a going concern for the value to remain.

## 6.  Expressions of Interest

We are seeking expressions of interest for the business and stock on a "as-is, where-is" basis. Accordingly, in order to submit an offer, please complete the **attached** form and lodge with our office by **5:00pm, Friday 19 February 2010.**

Should you have any queries in relation to the business or wish to attend the premises, please contact Nicky Lonergan of this office on 07 3310 2004 or nicky.lonergan@svp.com.au.

Yours faithfully

DAVID STIMPSON
TERRY ROSE
JOINT AND SEVERAL ADMINISTRATORS
JOINT AND SEVERAL LIQUIDATORS



## Expression of Interest Form

I/ We, _____ of _____

propose to offer the following amount for the assets of the business assets of OMI Consolidated Group on an as-

is where-is basis:

| Asset Description | Offer Amount (excluding GST) |
|---|---|
| Patents, trademarks & other registrations | |
| Plant & Equipment | |
| Other Assets (please indicate) | |
|   - Listed company shell | |
|   - Leased Premises | |
|   - Employees | |
|   - Stock | |
| Other | |

<u>Conditions</u>

_____

_____

_____

## Contact Details

| Full Name: | |
|---|---|
| Contact Number: | |
| Address: | |
| Facsimile: | |
| Email: | |

**Signature of Purchaser:**          **Witness:**

_____          _____

(PLEASE PRINT NAME)          (PLEASE PRINT NAME)

**<u>Please send the completed form to the following address by 5:00pm, Friday 19 February 2010.</u>**
SV Partners
**Facsimile: (07) 3229 7285** or Tel: (07) 3310 2004
**Email:** nicky.lonergan@svp.com.au



**Annexure A**
**Listing of Patents**

| Product Type | Country | Patent # |
|---|---|---|
| Auto Retractable Safety Syringe ("ARSS") | Australia | 775427 |
| | Australia | 768124 |
| | Brazilian | 0013198-9 |
| | Brazilian | 0108948-0 |
| | Brazilian | 0713853-9 |
| | Canadian | 2378152 |
| | Canadian | 2400108 |
| | Chinese | ZL01805417.x |
| | Chinese | ZL00809581.7 |
| | Chinese | App: 200780034572.X |
| | European | 1259275 |
| | European | 1194073 |
| | European | App: 07784660.6 |
| | Greek | App: 3069424 |
| | Indian | 208570 |
| | Indian | 220503 |
| | International | App: PCT/AU2007/001009 |
| | Italian | App: 1259275 |
| | Japanese | 2001-561379 |
| | Japanese | App: 2009-519749 |
| | Japanese | 4202644 |
| | Korean | App: 2009-7001215 |
| | South Africa | 2002/6770 |
| | South Africa | 2002/0260 |
| | USA | 6629985 |
| | USA | 6994690 |
| Improvements to syringe (X3) | Australia | 2002252852 |
| | Brazilian | 0209413-4 |
| | Canadian | 2444886 |
| | Chinese | ZL02810063.8 |
| | European | 2721871.8 |
| | Indian | 220836 |
| | Japanese | 2002-591070 |
| | | 4309138 |
| | NZ | 528625 |
| | South Africa | 2003/8464 |



| | | |
|---|---|---|
| | USA | US7,147,621,BZ |
| | | 10/474516 |
| Safety Scalpel | Australia | 2003258377 |
| | Brazilian | 0314456-9 |
| | Canadian | AP:2499661 |
| | Chinese | ZL: 03822188.8 |
| | European | 397079.5 |
| | | AP:2004-563334 |
| | Indian | Feb-67 |
| | NZ | 538442 |
| | South Africa | 2005/2244 |
| | USA | APP:10/528442 |
| Safe IV Valve | Australia | 2002344682 |
| | Brazilian | App0209414-2 |
| | Canadian | App226753 |
| | European | App02745123 |
| | Indian | 226753 |
| | Japanese | 2002-522617App |
| | | 4339682 |
| | NZ | 528627 |
| | South Africa | App 2003/8218 |
| | USA | 6991215 |
| Safe IV Catheter | Australia | 2002304994 |
| | Canadian | App2449894 |
| | Chinese | ZL02812029.9 |
| | European | 2732234.6 |
| | USA | App:10/475854 |
| Appartus transport cylinder | Australia | 772612 |
| A needle free access valve | Australia | 765896 |
| | Chinese | ZL02812864.8 |
| | USA | 6626418 |
| Medical syringe container | Australia | App 2003/2110 |
| | Brazilian | app3086739 |
| | USA | 7104400 |
| Syringe improved retract | USA | 11/524891 |
| Syringe removable needle | Australia | 2006246290 |
| | Australia | 2006246348 |
| | Chinese | App: 200680016244.2 |
| | Pakistani | 444/2006 |



| Shoot back needle | International | App: PCT/AU2006/00/292 |
|---|---|---|
| One way valve that uses fluid pressure to Open/Close valve | Chinese | App: 200580014762.6 |



**Annexure B**
**Listing of Plant & Equipment**

| Item No | **Section One: Owned Plant, Equipment, Office Equipment and Motor Vehicle** |
|---|---|
| | **Ground Level** |
| | **Administration Reception** |

| | |
|---|---|
| 1 | Charcoal Grey and Marble Timber Laminated 3 Drawer 3 Section Reception Desk Complete with Desk Top Hutch |
| 2 | Ash Timber Laminated 2 Drawer Side Pedestal |
| 3 | Charcoal Grey and Marble Timber Laminated 2 Drawer Mobile Pedestal |
| 4 | Panafax UF-585 Facsimile Machine |
| 5 | Uniden Digital Portable Phone and Answering System Base Station |
| 6 | 4 Assorted Potted Indoor Plants |
| 7 | Timber Magazine Side Table |
| 8 | 2 Orange Material Upholstered Reception 2 Seater Lounge Suites |



| | |
|---|---|
| 9 | Charcoal Grey and Marble Laminated Magazine Coffee Table |



10    9 Wall Mounted Timber Framed Plaques and Picture Frames Consisting of Assorted Company Certificates and Acknowledgements

**Administration Office**

11    Wall Mounted Aluminium Framed White Board

12    Ring Grip Pedestal Electric Fan

13    2 Black Steel Framed Grey Material Upholstered Gas Lift Typist Chairs

14    2 Black Steel Framed Orange Material Upholstered Visitor Chairs

15    Charcoal Grey and Marble Timber Laminated 3 Drawer Office Work Station Desk Complete with Over Head Shelving Hutch

16    Dell Optiplex 755

Intel Core 2 Duo CPU E4600 with 2.40 GHz and 3.25 GB of RAM, Complete with Dell 15" Flat Screen Monitor, Keyboard, and Mouse

17    Fuji Xerox DocuPrint C525A Colour Laser Printer

18    Black Statewide Steel 2 Drawer Filing Cabinet

19    Wall Mounted Peg Board

20    Charcoal Grey and Marble Timber Laminated 6ft Open Front Bookcase with 4 Shelves

21    Grey Godfrey Steel 4 Drawer Filing Cabinet

22    Grey Statewide Steel 4 Drawer Filing Cabinet

23    Silver Timber Glass Picture Frame

24    Wall Mounted Timber Glass Picture Frame

**Hallway**



| | |
|---|---|
| 25 | White and Grey Timber Laminated Open Front Pigeon Hole Unit |
| 26 | Wall Mounted Timber Glass Picture Frame |
| 27 | 3 Wall Mounted Light Timber Glass Picture Frames |
| 28 | Wall Mounted Timber Framed Pin Board |
| 29 | Wall Mounted Aluminium Framed Whiteboard |

**Office Two**

| | |
|---|---|
| 30 | Charcoal Grey and Marble Timber Laminated Corner Work Station Office Desk with 3 Drawers |
| 31 | Black Steel Framed Charcoal Grey Material Upholstered Gas Lift Typist Chair |
| 32 | Dell Optiplex 755 |
| | Intel Core 2 Duo CPU E4600 with 2.40 GHz and 3.25 GB of RAM, Complete with Benq 15" Flat Screen Monitor, Cordless Microsoft Keyboard and Mouse |
| 33 | Timber Framed Wall Mounted Peg Board |
| 34 | Charcoal Grey and Marble Timber Laminated 2 Door Open Front Shelving Hutch Office Credenza |
| 35 | Canon LBP-600 Printer |
| 36 | Black Statewide Steel 4 Drawer Filing Cabinet |
| 37 | Wall Mounted Aluminium Framed Whiteboard |

**Hallway**

| | |
|---|---|
| 38 | Commander Wall Mounted Telephone System Control Box Complete with 6 Telstra S/T Self Interface Boxes, and 15 Assorted Commander Handsets throughout the Premises |



| 39 | TEAC Base Boost System Stereo Player and Power Amplifier |
|----|----|
| 41 | Intimus 250 Electric Paper Shredder |
| 42 | Charcoal Grey Timber Laminated 4 Drawer Mobile Pedestal |
| 43 | Ibico Manual Book Binder |
| 44 | Chrome Framed Mobile Side Table |
| 45 | Number of Assorted Tape Dispensers, Staplers, Etc. |

**Administration Preparation Area**

| 46 | Charcoal Grey Laminated 6ft Open Front Bookcase with 4 Shelves |
|----|----|
| 47 | Black Statewide 6ft 2 Door Stationary Cabinet Complete with 3 Shelves |
| 48 | Quantity of Office Stationary and Supplies (Contents of Cabinet) |
| 49 | 3 Mini Security Surveillance Camera's |
| 50 | IDEAL 1030 AU Paper Guillotine |
| 51 | Grey and Black Commercial 7 Bay Office Compactors Unit Mounted on 4m x 1m Sliding Base Complete with Chip Board Base |
| 52 | Commercial I.T. Grey Mobile Single Door Mobile Server Rack |



53    ASUS Omimain File Server Complete with NB-Seno Netbox Blue Fire Wall Box, Tandling Data Backup Tap Drive, Alcatel Speed Touch Modem, APC1500 Smart Ups System, Netgear Pro Safe 16 Port Switch, Krone Highway 16 Port Patch, 1BM Monitor and Dell Keyboard



54    Konka Colour Television Set

55    Wall Mounted Vogells TV and Video Stand

56    Samsung SLV-24JP Time Lapse Video Cassette Recorder

57    Videoart VT20505 High Resolution Colour Quad Security System Box Complete with Wall Mounted Security Camera's

58    Quantity of Assorted Printer Toners and Cartridges

59    Quantity of Assorted Omi Letterhead, Promotional Material, Etc.

**Preparation Office**

60    Wall Mounted Aluminium Framed Whiteboard

61    Charcoal Grey and Black Laminated Computer Desk

62    2 Black Steel Framed Blue Material Upholstered Gas Lift Typist Chairs

63    Pactel Non Connected Mobile Tower Server CPU (Not in Operation)



| | |
|---|---|
| 64 | Dell Latitude D600 Laptop (Appears Incomplete) |
| 65 | Charcoal Grey Timber Laminated Reception Desk with Open Top Hutch |
| 66 | Compaq TFT 8020 Flat Screen Monitor |
| 67 | Acer S4EL Monitor |
| 68 | Number of Assorted Computer Keyboards, Leads, Speakers, Aluminium Carry Case, Assorted Software Discs, Etc. |
| 69 | Black Statewide Steel 4 Drawer Filing Cabinet |
| 70 | DSE Laminating Machine |
| 71 | Black Timber 2 Drawer Tape Cabinet |
| 72 | Ring Grip Pedestal Electric Fan |
| 73 | Cream Steel 6ft 2 Door Stationary Cabinet with 6 Shelves |
| 74 | Contents of Shelving Unit Comprising Assorted Software, Hard drives, Etc. |
| 75 | Electrolux Smartvac Stairmaster Vacuum Cleaner |
| 76 | 4 Assorted CPU Boxes, Sola 352, UPS Box, 2 Sets of Speakers, Etc. |
| 77 | Wall Mounted Timber Framed Peg Board |
| 78 | 2 Wall Mounted Timber Grass Picture Frames |
| 79 | Black Steel Framed Orange Material Upholstered Gas Lift Typist Chairs |

**Level One**
**Office 1**

| | |
|---|---|
| 80 | Grey and beech Timber Laminated Executive Work Station Oddice Desk System with Over Head Open Shelving Hutch and Mobile 3 Drawer Pedestal |



| 81 | Dell Flat Screen Monitor Complete with Blue Tooth MX5500 Cordless Keyboard, Logitech Mouse, Torgus Desktop Speakers CPU Display Link Box |
| --- | --- |
| 82 | Black Steel Framed Blue Material Upholstered Executive Arm Chair on Castors |
| 83 | Wall Mounted Framed Team Work Picture Poster |
| 84 | Wall Mounted Aluminium Framed Whiteboard |
| 85 | Charcoal Grey and Marble Timber Laminated 4 Door Office Credenza with Open Front Shelving Hutch |
| 86 | Wall Mounted World Map |
| 87 | Black Namco Steel 2 Drawer Filing Cabinet |
| 88 | Convair Supercool 12 Air conditioner (Make Good Glass Window due to External/Internal Piping) |

**Level 1- Office 2**

| 89 | Charcoal Grey and Beech Timber Laminated Executive Station Office Desk Work System with Overhead Open Shelving Hutch and Mobile 3 Drawer Pedestal |
| --- | --- |
| 90 | Dell Optiplex 755 |
| | Intel Core 2 Duo CPU E4600 with 2.40 GHz and 3.25 GB of RAM, Complete with Dell Flat Screen Monitor, Blue Tooth Cordless Keyboard, Logitech Mouse, and J.S. Speakers |
| 91 | Fuji Xerox Docuprint C1618 Laser Printer |
| 92 | Black Steel Framed Black Material Upholstered Executive Arm Chair on Castors |
| 93 | Black Steel Framed Orange Material Upholstered Typist Chair on Castors |



94     2 Black Steel Framed Material Upholstered Visitor Chairs

95     Black Steel Framed Orange Material Upholstered Visitors Chair

96     Black Statewide Steel 2 Door Filing Cabinet

97     Wall Mounted Black Timber Glass Picture Frame with Jean Guichard Print

98     Wall Mounted Aluminium Framed Whiteboard (Wall Damage- Holes in Wall)

99     Convair Supercool 12 Air conditioner (Make Good Internal/External Piping)

100     Black Elite Built 4 Drawer Filing Cabinet

101     Charcoal Grey and Marble Timber Laminated 4 Drawer Filing Cabinet

**Level 1- Boardroom**

102     Charcoal Grey Timber Laminated 3m Board Room Table

103     8 Black Steel Framed Orange Material Upholstered Visitor Chairs

104     Charcoal Grey and Marble Timber Laminated 2 Door Office Credenza

105     Charcoal Grey and Beech Timber Laminated 2 Door Credenza

106     Dell Flat Screen Monitor, Keyboard, and Mouse

107     Sony XGA VPL-CX5 Projector Complete with Ceiling Mounted Projector Screen

108     Lemair Single Door Bar Fridge



| | |
|---|---|
| 109 | Haier Colour Television Set |
| 110 | 2 Sony DLV-EZ121 VHS Video Recorders |
| 111 | Grey Timber Laminated Glass 2 Door TV Cabinet |
| 112 | Ring Grip Pedestal Fan |
| 113 | Linksys Wireless-g Access Point |
| 114 | 9 Assorted Timber Glass Picture Frames |

**Level 1- Office 3**

| | |
|---|---|
| 115 | 2 Charcoal Grey Laminated 6ft Open Front Book Case with 4 Shelves |
| 116 | Black Steel 2 Drawer Filing Cabinet |
| 117 | Charcoal Grey Beech Timber Laminated Office Desk with 3 Drawers and Right Hand Return with No Drawers |
| 118 | Dell Flat Screen Monitor, Blue Tooth Keyboard, Cordless Mouse and Display Link Box |
| 119 | Black Steel Frame Black Vinyl Upholstered Executive Arm Chair on Castors |
| | Wall Mounted Aluminium Framed Whiteboard |
| 120 | Black Steel Framed Material Upholstered Visitor Chairs |
| 121 | 2 Assorted Laptop Carry Bags |

**Level 1- Office 4**

| | |
|---|---|
| 122 | Sony Vgn-236gd A10 Intel Core 2 Duo Processor D9600, 2.66 GHz Notebook Complete with Packaging Box, Books, Power Cord, Accessories and Foam Carry Case |
| 123 | Charcoal Grey 4ft Front Bookcase with 2 Shelves |
| 124 | Ring Grip Pedestal Fan |



125     Modern Living Mobile Electric Box Heater

126     Wall Mounted Large Whiteboard

127     Grey and Beech Timber Laminated Executive Office Desk with Left Hand Return and 3 Drawer Mobile Pedestal

128     Black Steel Framed Black Material Upholstered Executive Arm Chair on Castors

129     Dell Flat Screen Monitor, Microsoft Keyboard and Mouse. Connected to Logitech 2.0 USB Connection

130     Black Steel Framed Red Material Upholstered Visitors Arm Chair

131     Canon S250 Printer

**Level 1- Office 5**

132     Charcoal Grey 4ft Open Front Bookcase with 2 Shelves

133     Charcoal Grey and Marble Timber Laminated 2 Drawer Office Desk with 3 Drawer Left Hand Return

134     Black Steel Framed Black Vinyl Upholstered Executive Arm Chair on Castors

135     Wall Mounted Aluminium Framed Whiteboard

136     Modern Living Mobile Electric Bar Heater

137     Black Steel Framed Orange Material Upholstered Visitors Chair

**Level 1- Office 6**

138     Black Elite Built Steel 3 Drawer Filing Cabinet

139     Wall Mounted Aluminium Framed Whiteboard



| | |
|---|---|
| 140 | Charcoal Grey and Marble Laminated 3 Drawer Office Desk with 3 Drawer Right Hand Return |
| 141 | Benq FP91G Flat Screen Monitor, Microsoft Keyboard, Mouse and Wireless Pad |
| 142 | Dell Latitude D600 Notebook with Power Cable and Carry Case |
| 143 | Lenovo T61P ThinkPad Notebook with Power Cable and Carry Case |
| 144 | Black Steel Framed Black Vinyl Upholstered Executive Arm Chair on Castors |
| 145 | Black Steel Framed Orange Material Upholstered Gas Lift Typist Chair |

### Level 1- Office 7

| | |
|---|---|
| 146 | Wall Mounted 3 Piece Aluminium Framed Whiteboard |
| 147 | Charcoal Grey and Beech Laminated Circular Topped Meeting Table |
| 148 | 2 Black Statewide Steel 3 Drawer Filing Cabinets |
| 149 | Canon Pixma 1x4000 Printer |
| 150 | Fuji Xerox DocuPrint C52A Colour Laser Printer |
| 151 | Potted Indoor Plant |
| 152 | Intimus Electric Paper Trimmer |
| 153 | Carl DC-230 Paper Trimmer |
| 154 | Grey Statewide Steel 2 Drawer Filing Cabinet |
| 155 | Charcoal Grey Timber Laminated 6ft Open Front Bookcase with 4 Shelves |
| 156 | Charcoal Grey Timber Laminated 3 Drawer Executive Office Desk with 3 Drawer Left Hand Return |



| | |
|---|---|
| 157 | Dell Flat Screen Monitor, Cordless Keyboard and Mouse |
| 158 | Dell Latitude D430 Notebook with Cordless Logitech Mouse |
| 159 | Charcoal Grey Timber Laminated 6ft Open Front Bookcase with 5 Shelves |
| 160 | 2 Black Steel Framed Black Material Upholstered Clerical Arm Chairs on Castors |
| 161 | Black Steel Framed Black Material Upholstered Clerical Arm Chair on Castors |
| 162 | Charcoal Grey Timber Laminated Executive Office 3 Drawer Office Desk with 3 Drawer Right Hand Return |
| 163 | Benq Flat Screen Monitor, Cordless Keyboard and Mouse |
| 164 | Charcoal Grey Timber Laminated Open Front 2 Door Credenza with Open Shelving Hutch and 2 Shelves |
| 165 | Camera Tripod Stand |
| 166 | Modern Living Mobile Electric Bar Heater |
| 167 | Charcoal Grey and Beech Laminated 3 Drawer Office Desk |
| 168 | Charcoal Grey Timber Laminated Mobile 3 Drawer Pedestal |

**Ground Level**
**Staff Kitchen**

| | |
|---|---|
| 169 | Samsung Cooltech Dynamic 2 Door Refrigerator |
| 170 | Lg Intellowave Microwave Oven, Electric Toaster, Assorted Crockery, Cutlery, Glassware, Breville Blender, Ranson Hot Plate and Kettle |



171    Grey Steel Framed Timber Laminated Topped Kitchen Table with 3 Grey Steel Framed Vinyl Upholstered Chairs

**Laboratory**

172    Wall Mounted Aluminium Whiteboard

173    2 Grey Steel Framed Timber Laminated Vinyl Topped Office Desks

174    Vision Engineering Kestrel Mono Dynascope Complete with 1 Vision Engineering 150w Fibre Optic Light Source, 1 Vision Engineering 21 Vac 150w PSU, and Vision QC200 Quadra Check 200 Digital Reader



175    Dymax Blue Wave 50 Ultra Violet Light Curing System



176    AND GX-200 210 Gram Electronic Scales



177    Dell Latitude D600 Notebook with Power Cable



Lutron Fg-20kg Digital Tension and Compression Force Gauge Mounted Steel Test Stand



178    Fabricated Motorized Pressure Stand Complete with Algol Model NK-20 Push Pull Gauge and TWT Speed Control Box

179    White Steel Frame Timber Topped Drafting Table

180    Bench Mounted Electric Magnifying Lamp

181    Grey Statewide Steel 4 Drawer Filing Cabinet

182    2 Charcoal Grey and Beech Timber 3 Drawer Laminated Office Desks

183    Black Steel Framed Leather Upholstered Executive Arm Chair on Castors

**Warehouse Storeroom**

184    2 Assorted First Aid Boxes with Contents

185    2 Cream Steel 6ft 2 Door Stationary Cabinets

186    Contents of Cabinets Comprising Assorted Silicone Fluid, Parts, Etc.

187    Fabricated Steel Press with Clipsal Electric Control Gauge

188    Hako 936 Electric Soldering Iron Station

189    Black Statewide 2 Door 3ft Stationary Cabinet



190    3 Bays of Blue and Orange Stock Shelving Comprising, 5 Blue 3 Metre Uprights and 18 2.5m
       Orange Crossbeams with 9 Chipboard Inserts



191    3 Assorted Two Wheel Stands

192    Mitutoyo Digital 300mm Vertical Gauge Mounted Stand

193    Digital Vertical 300mm Gauge and Stand

194    Dymax Accuocal-30 Smart UV Intensity Meter with Probe and Carry Case

195    Lutron Fg-20kg Tension and Compression Digital Force Gauge with Accessories and Carry
       Case

196    WB Test Gauge and Case

197    Scientific Electric Microscope

198    Electric Plastic Sealing Machine

199    Chinese BLD-200S Auto Testing Machine

200    Fabricated Stainless Steel Digital Testing Machine

201    White Timber 6 Door Cabinet with approximately 60 Ass Company Shirts Complete with
       Company Logo Including Assorted Casual and Business Shirts and Approximately 5 Pants

202    Quantity of Assorted Toiletry Products

203    Birko Stainless Steel Urn, Mop Bucket, Crockery, Etc.


omi
www.omiltd.com

**Warehouse**
**Under Staircase**

204 Assorted Timber Laminated Office Furniture Comprising Office Desks, Tables, Whiteboard, Etc.

**Warehouse**

205 Blue Steel Framed Mobile Stock Working Rack with 2 Shelves

206 Blue Steel Framed 2 Door Engineers Work Bench with Mounted Over Head Fluro Light and Power Point Connection

207 Teac 3 Disc Sound System

208 Contents of Engineers Work Bench Comprising Various Parts, Hand Tools, Etc.

209 Arlec Powerflood 500 Spot Light

210 Magnehelic 100 kra Pneumatic Test Gauge

211 Pneumatic 100 and 600 kpa Twin Gauge Test Station

212 Record No.5 Bench Vice

213 Steel Framed Engineers 2 Door Work Bench with Over Head Fluro Light and Power Point Connection

214 Contents of Work Bench Comprising Hand Tools and Sundries

215 Makita B451 Electric Drill

216 Makita 9523NB Electric Angle Grinder

217 Makita 6408 Electric Drill

218 Hitachi G10SR Electric Angle Grinder

219 Makita 9005B Electric Angle Grinder



220     Blue Steel 2 Door Engineers Cabinet

221     Wall Mounted Stanley Reed 2 Door Spanner and Socket Set Tool Box

222     1985 Engel ES 150/40 200 kg 160 Bar Plastic Moulding Injection Machine, Model Number: 13823, Complete with Yom Bang HD-50 Hopper Dryer Unit



223     17 Assorted Injection Moulding Product Dyes

224     Shen Pao Machinery Industrial Plastic Granulator Powered by 1430 HP 3 Phase Induction Motor



225     Trademaster Electric Fan

226     Blue Steel Framed 4 Tier Stock Rack

227     Number of Tubs of Assorted Plastic Granules

228     Blue Steel Framed 4m 6 Door Timber Topped Work Bench

229     Remaining Contents of Work Bench Comprising Castrol Oil, Gas Bottle and Burner, Paper Bags, Etc.



230    Hafco 26V Red Mobile Air Compressor Plant



231    Blue Steel Framed Mobile 2 Tier Timber Topped Work Bench Filled with Hitachi TR-12
       Timber Router

232    Hafco AL-1000C 2002 Single Phase Gap Bed Metal Lathe with Treadle Operation, Fitted with
       3 Jaw Chuck and Magnetic Mini Table, Steady Rest



233    Blue Super Works Mobile 2 Piece Tool Box Comprising Assorted Lathe Tools, Twist Drills,
       Reamers, Tap Components, Centres, Etc.

White Steel Frame 3 Tier Stock Shelf





234    Contents of Stock Shelf Comprising Drill Sets, Magnetic Base, Vertex Precision Tool Set,
       Grease, Drill Check and Collets, Etc.



235     Quantity of Red Airline Hose

236     Blue Single Phase Extension Lead

237     Hafco Metal Master, Model HM 30, Single Phase Vertical Drill Milling Machine with Adjustable 240mm x 800mm Work Bed



238     Black Machine Tool Clamp

239     Abbot and Ashby 200mm Polisher Grinder Mounted on Single Pedestal

240     Abbot and Ashby 200mm Twin Wheel Grinder Mounted on Single Pedestal



241     Black Machine Tool Vice

242     Rexon 1411 RDM-150F Vertical Single Phase Drill Press

243     Blue Steel Framed Work Bench with Bench Mounted Heavy Duty Vice

244     Vertex Metal Lathe Rotating 250mm Tool Table

245     Oxy Welding Set Comprising Bottle Trolley, Oxy Can, Hoses, Gauge and Welding Wire



246     Festo AXT 50 LA Industrial Vacuum Cleaner

247     Hafco AL 50A 1999 Mini Single Phase Bench Top Lathe with 3 Jaw Chuck, Adjustable Table and Steady Rest

248     Blue Steel Framed 2 Tier Work Bench

249     Contents of Work Bench Comprising 4 Jaw Chuck, Grease Gun, Steel Stand, Etc.

250     Yellow and Black Steel Framed Industrial Parts Washer

251     Red Industrial Parts Sand Blast Cabinet Mounted on Blue Steel Frame

252     Black Steel Orange Material Upholstered Typist Chair

253     Kelvinator 360 Single Door Refrigerator

254     Blue Steel Frame Mobile Heavy Duty Work Bench

255     Ryobi RU12 Garden Blower Vac

256     Red Mobile Steel Framed Engine Stand

257     Red Steel Framed Garage Press

258     Red Steel Framed Mobile 2 Ton Engine Crane

259     Star Projector Screen

260     3 - 3 Bay Galvanized Steel Stock Bay Shelving Systems Comprising 4 3m Uprights, 18 Orange 2m Cross Beams and Chipboard Shelve Inserts



261     Grey Steel Framed Mobile Double Sided Whiteboard

262     Black Steel Framed Blue Material Upholstered Gas Lift Clerical Chair

263     Bailey Comet 6 Aluminium Step Ladder

264     Red Steel 2 Wheel Hand Trolley

265     AC Delco Spare Jump Start Battery with Jumper Leads



**Annexure C**
**Financials**

