

**Davies Collison Cave Law Pty Ltd**
**Intellectual Property**

1 Nicholson Street
Melbourne
Victoria 3000
Australia

GPO Box 4387
Melbourne
Victoria 3001
Australia

Telephone +61 3 9254 2888
Facsimile +61 3 9254 2880
Ausdoc DX 30817
mail@davies.com.au
ABN 94 117 510 031

www.davies.com.au

**By Email**
**Confirmation by Post**

19 February, 2010

SV Partners
SV House
138 Mary Street
BRISBANE QLD 4000

Email: david.stimpson@svp.com.au
terry.rose@svp.com.au

**Attention:** David Stimpson / Terry Rose

**Our Ref:** CFJ:EJL:260085

**Re:** Occupational & Medical Innovations Ltd (Administrators appointed) ("OMI")

*Without Prejudice*

Dear Sirs,

As you are aware, we act on behalf of Retractable Technologies Inc ("RTI").

We refer to the Circular to Creditors dated 28 January 2010 in which you state you are pursuing expressions of interest for the sale of the business assets.

RTI has instructed us to make the following offer to OMI:

1. RTI will pay to OMI the sum of AU$100,000;

2. RTI will release OMI from its claim for damages for patent infringement of RTI's '584 patent and damages for misappropriation of trade secrets under any judgment in United States District Court Case No. 6:08 CV 120 (but will not release OMI in relation to the liability verdicts for patent infringement and misappropriation of trade secrets or from injunctive, declaratory and any other relief in relation to OMI's infringement of RTI's '584 patent and misappropriation of RTI's trade secrets, or any other relief under any judgment in United States District Court Case No. 6:08 CV 120);



EXHIBIT C

133348-1

In association with:
Davies Collison Cave
Patent and Trade Mark Attorneys

3. OMI will assign to RTI its right, title and interest in its worldwide needle product patents and the inventions disclosed or claimed therein and rights of recovery for infringement thereof, including all presently issued patents, pending applications, non-convention applications and rights to file other applications which claim priority from, or otherwise derived from, the applications listed in the *attached schedule; and

4. OMI and RTI waive their respective rights to appeal any judgment in United States District Court Case No. 6:08 CV 120.

5. This offer shall remain open until April 15, 2010 unless sooner revoked in writing.

Yours faithfully,

DAVIES COLLISON CAVE LAW

cc:  Nicky Lonergan
     nicky.lonergan@svp.com.au

# SCHEDULE

1. Patent No. WO 2009029974 filed 31 July 2008 claiming priority from Application No. AU 2007904795.

2. Patent No. WO 2008106712 filed 26 February 2008 claiming priority from Application No. AU 2007200919.

3. Patent No. WO 2008009063 filed 20 July 2007 claiming priority from Application Nos. AU 2006903913, AU 2006906417 and AU 2007902167.

4. Patent No. WO 2007028195 filed 4 September 2006 claiming priority from Application No. AU 2005904858.

5. Patent No. WO 2006119537 filed 7 April 2006 claiming priority from Application No. AU 2005902427.

6. Patent No. WO 2006119551 filed 5 May 2006 claiming priority from Application No. AU 2005902427.

7. Patent No. WO 2002102442 filed 14 June 2002 claiming priority from Application No. AU 20015689.

8. Patent No. WO 2002094355 filed 17 May 2002 claiming priority from Application No. AU 20015169.

9. Patent No. WO 2003080467 filed 25 March 2003 claiming priority from Application No. AU 20021357.

10. Patent No. WO 2001062320 filed 22 February 2001 claiming priority from Application Nos. AU 20007688 and AU 200036357.

11. Patent No. AU 719615 filed 8 March 2000.

12. Patent No. WO 2001005312 filed 9 March 2000 claiming priority from Application No. AU 199940144.